GEOFFREY E. WIGGS (SBN 276041)
LAW OFFICES OF GEOFF WIGGS
1900 S. Norfolk St, Suite # 350
San Mateo, Ca 94403
geoff@wiggslaw.com
Telephone: (650) 577-5952
Facsimile: (650) 577-5953

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| In re: | ) | Case No. 16-31316-DM-13 |
|---|---|---|
| **DANIEL COMAROTO II, AND KAREN R COMAROTO**, | ) ) ) ) | Chapter 13 |
| Debtors. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **DECLARATION MARK H. LINDSAY AS EXPERT WITNESS REGARDING THE VALUE OF 37 RIDGEWOOD DRIVE, SAN RAFAEL, CALIFORNIA** <br><br> **HEARING DATE:** July 11, 2017 <br> **HEARING TIME:** 9:30 P.M. <br> **PLACE:** U.S. Bankruptcy Court <br>    450 Golden Gate <br>    16th Floor, Crtrm 17 <br>    San Francisco, Ca 94102 <br><br> **BEFORE:** The Honorable Dennis Montali |

1. I, Mark Lindsay, declare as follows:

2. I have personal and firsthand knowledge as to the statements made and declared herein, except at such times as I so state the statement made herein is based on information from a source other than myself and as to those matters I believe them to be true. If called upon as a witness in a court of law, I would competently testify as per my statements made below.

3. I am a Licensed and Certified California Residential Real Estate Appraiser. My California State license number is AR010442 and expires June 13, 2018.

DECLARATION OF MARK LINDSAY AS EXPERT WITNESS - 1

4. I have been an active and licensed Residential Real Estate Appraiser for approximately 25 years, having first been licensed in 1992. I have been a FHA approved appraiser and qualified to appraise residential properties, multi-unit properties, land, and high-value properties.

5. I am the owner of Marin Home and Land Appraisal; my business is located at 1005 Northgate Drive, #165, San Rafael, California.

6. My curriculum vitae along with a copy of my California state license and my license history are attached to this declaration as Exhibit 1.

7. I focus my appraisal practice in the Marin County area and, as such, am intimately familiar with the real estate market and factors affecting property valuations in Marin County.

8. It is my regular course of business to inspect real property and evaluate factors potentially affecting the value of these properties.

9. I was engaged by attorney Geoffrey E. Wiggs on behalf of Daniel and Karen Comaroto to perform a full appraisal of their property at 37 Ridgewood Drive, San Rafael, California.

10. I completed an independent appraisal on May 12, 2017. A true and correct copy of this appraisal is attached hereto as **Exhibit 2**.

11. Based on the request of debtors' counsel, I performed an in-depth appraisal to determine the current market value of the Property for use in bankruptcy proceedings; the Property was appraised "as-is."

12. In performing my appraisal, I visited the property and made a physical inspection of the exterior and interior. I examined the condition of the property and measurements of the living area.

13. I appraised the Property with consideration of the three approaches to value: Comparable Sales; Cost; and Income. My final opinion places significant weight on the Comparable Sales approach. The cost approach was given secondary consideration and the income approach was reviewed but found less applicable and not essential to develop a credible opinion of value. All three approaches and their respective weighting are addressed in the final reconciliation.

14. My appraisal of the Property includes the use of six comparable sales of residential property within a .25 mile radius of the Property.

15. My appraisal of the Property also describes the single family detached home market in Marin County. Exhibit 2, p. 20.

16. It is my determination and professional opinion, based on the factors I incorporated into my appraisal and my knowledge of the local residential real estate market, that the value of 37 Ridgewood Drive, San Rafael, California is $770,000 using the Sales Comparison Method.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct to the best of my information, knowledge and belief.

*[signature]*

Dated: <u>May 19, 2017</u>                  /s/ Mark Lindsay
                                             Mark Lindsay,
                                             Marin Home and Land Appraisal